IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHELLE WIRTZ | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| UNISYS CORPORATION, ET AL. | : | NO. 20-6401 |

## ORDER

**AND NOW**, this 30th day of March, 2022, upon consideration of the "Motion to Dismiss of Individual Defendants" (Docket No. 20) and all documents filed in connection therewith, and in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that the Motion is **DENIED**.

BY THE COURT:

/s/ John R. Padova
_____
John R. Padova, J.